**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-6147**

─────────

ORLANDO DAVID ALMOND,

                                   Plaintiff - Appellant,

     versus

SHERIFF JOHN NEWHART; C. BEGEOT, HSA,

                                   Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-00-565-3)

─────────

Submitted: March 22, 2001             Decided: March 30, 2001

─────────

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Orlando David Almond, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orlando David Almond appeals the district court's order dismissing without prejudice his complaint filed under 42 U.S.C.A. § 1983 (West Supp. 2000), for failure to comply with a court order to pay the initial partial filing fee or declare under penalty of perjury that he could not pay the fee.[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Almond v. Newhart, No. CA-00-565-3 (E.D. Va. Jan. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Generally, dismissals without prejudice are not appealable. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066 (4th Cir. 1993). We find, however, that the district court's order is a final, appealable order because the defect identified by the district court must be cured by something more than an amendment to the complaint. Id. at 1066-67.

2